# Court of Appeals
# of the State of Georgia

ATLANTA, November 03, 2021

*The Court of Appeals hereby passes the following order:*

**A22D0111. IN THE INTEREST OF B. T., A CHILD.**

In 2018, B. T. was removed from his mother's care and placed with his grandparents, Tamika and Melvin Seay. On October 31, 2018, the juvenile court approved B. T.'s removal from the Seays' home.[1] On October 15, 2021, the Seays filed this application for discretionary review, seeking to appeal from the October 31, 2018 order. We lack jurisdiction.

An application for discretionary appeal must be filed within 30 days of entry of the order to be appealed. OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. See *Crosson v. Conway*, 291 Ga. 220, 220 (1) (728 SE2d 617)

---

[1] The Seays later filed a petition to adopt B. T., which was denied. This Court affirmed on appeal. See *Seay v. State*, Case No. A20A1237 (Sept. 1, 2020). In our unpublished decision, we determined that we lacked jurisdiction to consider the Seays' challenge to the juvenile court's order approving B. T.'s removal from their home because it was issued in the dependency action, not in the adoption action. See id., slip op. at 3-4 (1).

(2012); *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). The Seays filed this application almost three years after entry of the order they seek to appeal. Accordingly, their application is untimely and is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
        Clerk's Office, Atlanta,__11/03/2021_____

        I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

        Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.